IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas, GREG ABBOTT, in his official capacity as Texas Attorney General, GERARD RICKHOFF, in his official capacity as Bexar County Clerk, and DAVID LAKEY, in his official capacity as Commissioner of the Texas Department of State Health Services<br><br>Defendants. | CIVIL ACTION NO. 5:13-cv-982-OLG |

## FEDERAL RULE OF CIVIL PROCEDURE 5.1 NOTICE OF A CONSTITUTIONAL CHALLENGE

Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiffs Cleopatra De Leon, Nicole Dimetman, Victor Holmes, and Mark Phariss hereby file and serve this Notice of a Constitutional Challenge on the Texas Attorney General. Plaintiffs serve this notice because their Complaint challenges the constitutionality of Texas' constitutional and statutory ban on same-sex marriage. *See* Tex. Const., art. 1, § 32; Tex. Family Code §§ 2.001, 6.204. The Texas Attorney General is a party to Plaintiffs' lawsuit, and he has been served. Plaintiffs also attach a copy of their Complaint to this notice.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Barry A. Chasnoff
Barry A. Chasnoff (SBN 04153500)
bchasnoff@akingump.com
Daniel McNeel Lane, Jr. (SBN 00784441)
nlane@akingump.com
Frank Stenger-Castro (SBN 19143500)
fscastro@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Phone: (210) 281-7000
Fax: (210) 224-2035

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on November 5, 2013, a copy of the foregoing document and a copy of Plaintiffs' Original Complaint for Declaratory and Injunctive Relief, Docket No. 1, was served by certified mail on Greg Abbott, Attorney General of Texas, P.O. Box 12548, Austin, TX 78711-2548.

/s/ Barry A. Chasnoff
Barry A. Chasnoff