IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS,<br>Plaintiffs,<br>v.<br><br>RICK PERRY, in his Official Capacity as Governor of the State of Texas, GREG ABBOTT, in his Official Capacity as Texas Attorney General, GERARD RICKHOFF, in his Official Capacity as Bexar County Clerk, and DAVID LAKEY, in his Official Capacity as Commissioner of the Texas Department of State Health Services,<br>Defendants. | CIVIL ACTION NO. 5:13-CV-982-OLG |

## ORDER

The Court has before it Defendants' Unopposed Motion For Extension of Time to File Response and Objections to Plaintiffs' Amended Motion for Preliminary Injunction. Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Defendants shall have until 5pm December 27, 2013 to file its responsive pleading and objections to the Plaintiffs' Motion for Preliminary Injunction.

It is FURTHER ORDERED that Plaintiffs shall have until January 24, 2014 to file their reply to Defendants' responsive pleading to Plaintiffs' Motion for Preliminary Injunction.

SIGNED this 29 day of November, 2013.

THE HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE