UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLEOPATRA DELEON, ET.AL. | § | |
| vs. | § | CIVIL NO: |
| | § | SA:13-CV-00982-OLG |
| RICK PERRY, ET.AL. | § | |

## ORDER SETTING ORAL ARGUMENT HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ORAL ARGUMENT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT BEXAR COUNTY CLERK RICKHOFF'S MOTION TO BE DISMISSED FROM PLAINTIFFS' ORIGINAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Wednesday, February 12, 2014 at 09:30 AM**.  All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 10th day of December, 2013.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE