IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, AND MARK PHARISS<br>　　　PLAINTIFFS,<br><br>VS.<br><br>RICK PERRY, in his Official Capacity as Governor of the State of Texas, GREG ABBOTT, in his Official Capacity as Texas Attorney General, GERARD RICKHOFF, in his Official Capacity as Bexar County Clerk, and DAVID LAKEY, in his Official Capacity as Commissioner of the Texas Department of State Health Services<br>　　　DEFENDANTS. | §§§§§§§§§§§§§§§§ | CAUSE NO. 5:13-CV-982-OLG |

## DEFENDANT RICKHOFF'S RESPONSE TO PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION AND SUPPORTING BRIEF

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE ORLANDO GARCIA**

　　NOW COMES Bexar County Clerk Gerard Rickhoff, in his official capacity, to file this response to Plaintiffs' Request for a Preliminary Injunction. Mr. Rickhoff would show the court as follows:

　　1.　　Plaintiffs have filed a lawsuit against the Bexar County Clerk as well as several other defendants, including the Governor of the State of Texas and Texas Attorney General. Plaintiffs wish to marry a person of the same sex but are prevented from doing so by Texas state law and the Texas State Constitution. Plaintiffs argue that these certain provisions of the Texas Family Code and the

1

Texas Constitution violate their United States constitutional due process rights and equal protection clauses of the 14th Amendment.  Plaintiffs are seeking both a declaration that the Texas State laws are unconstitutional and a permanent injunction prohibiting their enforcement.  Currently pending before the Court is Plaintiffs' request for a preliminary injunction.

2. The Texas Office of the Attorney General represents the State Defendants.  In the *State Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction* (document 40), the State Defendants address the constitutional challenges to the statute and constitutional amendment in question. More importantly at this time, the State Defendants also address the requirements to be met before a preliminary injunction can be granted.  These issues have been briefed by both the Plaintiffs and the State Defendants.

3. Plaintiff did not confer with County Clerk Rickhoff in regard to the request for a preliminary injunction.  There is no need to issue an injunction to include Bexar County Clerk Rickhoff.  If a preliminary injunction is entered that these particular statutes and the constitutional amendment are unconstitutional, Defendant Rickhoff intends to abide by this Court's decisions unless such judgment is reversed or stayed on appeal.  In the event Defendant Rickhoff threatens to disregard a federal judgment and adhere to state law should the state

law be declared unconstitutional, the Court is of course free to reconsider the necessity of injunctive relief against Defendant Rickhoff.

4. Defendant Rickhoff has filed a motion to be dismissed from this lawsuit for failure to state a claim for which relief they seek can be granted. The only action of Defendant Rickhoff has been adherence to mandated procedures of existing state law. Defendant Rickhoff did nothing and does nothing different from what the other 253 county clerks in Texas are required to do in regard to the Texas Family Code and the stated Constitutional amendment. An injunctive order against Defendant Rickhoff will not further resolve the issues of the constitutionality of section 2.001 of the Family Code and the amendment to the Texas Constitution.

THEREFORE, FOR THE REASONS STATED ABOVE, Bexar County Gerard Rickhoff would pray that he be dismissed from the above styled and numbered cause, and for such other relief to which he may show himself entitled.

                    Respectfully submitted

                    SUSAN D. REED
                    Criminal District Attorney
                    Bexar County, Texas

BY: *Susan A. Bowen*
     SUSAN A. BOWEN
     State Bar No. 02725950

Assistant Criminal District Attorney
 - Civil Division
101 W. Nueva  4th Floor
San Antonio, Texas  78205
Telephone (210) 335-2139
Telecopier (210) 335-2151

ATTORNEY FOR DEFENDANT RICKHOFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

| | |
|---|---|
| Mr. Barry A. Chasnoff<br>bchasnoff@akingump.com | Greg Abbott<br>Attorney General of Texas<br>William T. Deane |
| Mr. Daniel McNeel Lane, Jr.<br>nlane@akingump.com | Michael Murphy<br>Assistant Attorney Generals |
| Mr. Frank Stenger-Castro<br>fscastro@akingump.com | P.O. Box 12548  Capitol Station<br>Austin, Texas 78711-2528 |
| Mr.Matthew E. Pepping<br>mpepping@akingump.com<br>300 Convent Street, Suite 1600<br>San Antonio, Texas 78205<br>Attorneys for Plaintiffs | Attorney for State Defendants |
| Michael Parsons Cooley<br>Akin Gump Strauss Hauer & Feld<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas  75201<br>mcooley@akingump.com<br>Attorney for Plaintiffs | Jessica M. Weisel<br>Akin Gump Strauss Hauer & Feld<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067<br>Attorney for Plaintiffs |

*Susan A. Bowen*
SUSAN A. BOWEN