UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 1 2 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS,<br>  Plaintiffs,<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; GREG ABBOTT, in his official capacity as Texas Attorney General; GERARD RICKHOFF, in his official capacity as Bexar County Clerk; and DAVID LAKEY, in his official capacity as Commissioner of the Texas Department of State Health Services,<br>  Defendants. | Cause No. SA-13-CA-00982-OLG |

## ORDER

On this day the Court considered Defendant Bexar County Clerk Rickhoff's Motion to be Dismissed from Plaintiff's Original Complaint for Declaratory and Injunctive Relief Pursuant to Rule 12(b)(6) (docket no. 20). On February 11, 2014, the parties advised the Court they have reached an agreement on this issue, and Defendant Rickhoff will remain a party in this case. Accordingly, Defendant's motion is hereby DENIED.

It is so ORDERED.

SIGNED this 11th day of February, 2014.

_____
United States District Judge Orlando L. Garcia