UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 2 5 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| CLEOPATRA DE LEON, et al.  § <br> Plaintiffs,  § <br>  § <br> v.  § <br>  § Cause No. SA-13-CA-00982-OLG <br> RICK PERRY, in his official capacity as  § <br> Governor of the State of Texas, et al,  § <br> Defendants,  § | |

**ORDER DENYING MOTION TO RECONSIDER TEXAS VALUES' MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

On this day the Court considered Texas Values' Motion to Reconsider their Motion for Leave to File Brief of *Amicus Curiae* in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (docket no. 67). As mentioned in our previous order, the Court reminds Texas Values that this Court's decision on Plaintiffs' Motion for Preliminary Injunction, which deals with constitutional issues, will be based on law and United States Supreme Court precedent. Furthermore, Defendants have adequately briefed the legal issues in the underlying action. Accordingly, the Court hereby DENIES this Motion to Reconsider.

It is so ORDERED.

SIGNED this 25 day of Feb, 2014.

_____
United States District Judge Orlando L. Garcia

1