UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN VICTOR HOLMES, and MARK PHARISS, § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | CIVIL ACTION NO. 5:13-cv-982-OLG |
| v. | |
| RICK PERRY, in his official capacity as Governor of the State of Texas; GREG ABBOTT, in his official capacity as Texas Attorney General; GERARD RICKHOFF, in his official capacity as Bexar County Clerk; and DAVID LAKEY, in his official capacity as Commissioner of the Texas Department of State Health Services, | |
| Defendants. | |

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants in the above-named case, Rick Perry, Greg Abbott, and David Lakey, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Granting Plaintiffs' Motion for Preliminary Injunction, signed and entered in this action on February 26, 2014 (doc. 73).

1

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

*/s/ Michael P. Murphy*
MICHAEL P. MURPHY
Assistant Solicitor General
State Bar No. 24051097

WILLIAM T. DEANE
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-2995
Fax: (512) 474-2697
michaelp.murphy@texasattorneygeneral.gov

COUNSEL FOR DEFENDANTS
RICK PERRY, GREG ABBOTT,
AND DAVID LAKEY

### CERTIFICATE OF SERVICE

I certify that on February 27, 2014, this document was served on counsel of record, via the Court's CM/ECF Document Filing System and/or electronic mail.

>  /s/ Michael P. Murphy
>  MICHAEL P. MURPHY
>  Assistant Solicitor General