FILED

MAR 0 7 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS, <br> Plaintiffs, <br> v. <br><br> RICK PERRY, in his Official Capacity as Governor of the State of Texas, GREG ABBOTT, in his Official Capacity as Texas Attorney General, GERARD RICKHOFF, in his Official Capacity as Bexar County Clerk, and DAVID LAKEY, in his Official Capacity as Commissioner of the Texas Department of State Health Services, <br> Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:13-CV-982-OLG |

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS

Before the Court is State Defendants' unopposed motion to stay proceedings pending appeal of the preliminary injunction order (Doc. No. 73). The Court having considered State Defendants' motion is of the opinion that the motion should be GRANTED.

It is accordingly ORDERED that State Defendants' motion to stay proceedings is GRANTED.

SIGNED this 7 day of March, 2014.

_____
THE HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE