IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS, <br> Plaintiffs, <br> v. <br><br> RICK PERRY, in his Official Capacity as Governor of the State of Texas, GREG ABBOTT, in his Official Capacity as Texas Attorney General, GERARD RICKHOFF, in his Official Capacity as Bexar County Clerk, and DAVID LAKEY, in his Official Capacity as Commissioner of the Texas Department of State Health Services, <br> Defendants. | § § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. 5:13-CV-982-OLG |

## ORDER DENYING MOTION TO LIFT STAY OF INJUNCTION

Before the Court is Plaintiffs' motion to lift the stay of the preliminary injunction (Doc. No. 83). The Court having considered the motion is of the opinion that the motion should be DENIED.

It is accordingly ORDERED that Plaintiffs' motion to lift the stay is DENIED.

SIGNED this _____ day of _____, 20____.

_____
THE HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE