**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CLEOPATRA DE LEON, et al. | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Cause No. SA-13-CA-00982-OLG |
| RICK PERRY, in his official capacity as | § | |
| Governor of the State of Texas, et al., | § | |
|     Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' EMERGENCY UNOPPOSED MOTION TO LIFT THE STAY OF INJUNCTION**

On this day the Court considered Plaintiffs' Emergency Unopposed Motion to Lift the Stay of Injunction (docket no. 95). Based on the opinion issued today by the United States Supreme Court in *Obergefell v. Hodges*, No. 14-556, ___ U.S. ___ (2015), the Court finds Plaintiffs' motion should be GRANTED. Accordingly, the Court hereby LIFTS the stay of injunction issued on February 26, 2014 (*see* docket no. 73), and enjoins Defendants from enforcing Article I, Section 32 of the Texas Constitution, any related provisions in the Texas Family Code, and any other laws or regulations prohibiting a person from marrying another person of the same sex or recognizing same-sex marriage.

It is so ORDERED.

SIGNED this 26 day of June, 2015.

United States District Judge Orlando L. Garcia