UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 0 7 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| CLEOPATRA DE LEON, et al. § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> RICK PERRY, in his official capacity as § <br> Governor of the State of Texas, et al., § <br> Defendants. § | Cause No. SA-13-CA-00982-OLG |

## FINAL JUDGMENT

On July 1, 2015, the Fifth Circuit affirmed this Court's grant of a preliminary injunction and issued a mandate for this Court to enter judgment in favor of Plaintiffs in this case. *See De Leon v. Abbott*, No. 14-50196, 2015 WL 4032161, ___ F.3d ___ (5th Cir. 2015). In light of the United States Supreme Court's decision in *Obergefell v. Hodges*, No. 14-556, 2015 WL 2473451, ___ U.S. ___ (2015), and pursuant to the Fifth Circuit's mandate, the Court hereby enters judgment in this case.

It is hereby ORDERED, ADJUDGED, and DECREED that:

1) Any Texas law denying same-sex couples the right to marry, including Article I, §32 of the Texas Constitution, any related provisions in the Texas Family Code, and any other laws or regulations prohibiting a person from marrying another person of the same sex or recognizing same-sex marriage, violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983;

2) Defendants are permanently enjoined from enforcing Texas's laws prohibiting same-sex marriage; and

3) Any taxable costs in this case are assessed against the Defendants.

It is so ORDERED.

SIGNED this ___7___ day of July, 2015.

_____
United States District Judge Orlando L. Garcia