UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLEMS, and MARK PHARISS, <br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, KEN PAXTON, in his official capacity as Texas Attorney General, and KIRK COLE, in his official capacity as interim Commissioner of the Texas Department of State Health Services, <br> Defendants. | § § § § § § § § § § § § § § § § | Cause No. SA-13-CA-00982-OLG |

## ORDER

On this day the Court considered Intervenor John Allen Stone-Hoskins's Emergency Motion to Intervene and for Contempt (docket no. 104). After due consideration, the Court **GRANTS** Mr. Stone-Hoskins's motion to intervene.

Furthermore, having considered the motion for contempt, the Court hereby **ORDERS** that Defendants Ken Paxton, in his official capacity as Texas Attorney General, and Kirk Cole, in his official capacity as interim Commissioner of the Texas Department of State Health Services, appear before this Court on **Wednesday August 12, 2015 at 10:00 a.m. at the John H. Wood Courthouse, Courtroom No. 1, 655 E. Cesar Chavez Blvd., San Antonio, Texas**. The purpose of this hearing is to determine whether Defendants should be held in contempt for disobedience of this Court's July 7, 2015 order, permanently enjoining Defendants from enforcing any Texas's laws that prohibit or fail to recognize same-sex marriage. The parties may submit written pleadings and responses in relation to the motion for contempt, and for this Court's consideration, no later than Monday August 10, 2015.

It is further **ORDERED** that Defendant Kirk Cole, in his official capacity as interim Commissioner of the Texas Department of State Health Services, immediately issue an amended death certificate for James H. Stone-Hoskins to state that John Allen Stone-Hoskins is the surviving spouse of James, and in doing so, fully recognize their legal out-of-state marriage.

It is so ORDERED.

SIGNED this 5th day of August, 2015.

_____
United States District Judge Orlando L. Garcia