UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 1 0 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS<br><br>Plaintiffs<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, KEN PAXTON, in his official capacity as Texas Attorney General, and KIRK COLE, in his official capacity as Interim Commissioner of the Texas Department of State Health Services<br>Defendants | CIVIL NO. SA-13-CA-982-OG |

## ORDER

On this day the Court held a telephonic status conference in which all parties appeared by and through their counsel of record. The parties advised the Court that the death certificate of James H. Stone-Hoskins has been amended as requested. The Texas Attorney General's office also advised the Court that the Texas Department of State Health Services is working diligently to finalize policies that should prevent the recurrence of these issues in the future.

It is therefore ORDERED that the hearing previously scheduled for Wednesday, August 12, 2015, at 10:00 a.m. is hereby re-scheduled for **Thursday, September 10, 2015 at 10:30 a.m. at the John H. Wood Courthouse, Courtroom No. 1, 655 E. Cesar Chavez Blvd., San Antonio, Texas**. The postponement of the hearing will allow the parties to continue their efforts toward a global resolution of the issues that Intervenor John Allen Stone-Hoskins and others have

reportedly encountered. The Court will issue a more detailed order within the next two days.

SIGNED this 10th day of August, 2015.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE