IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS, <br>     Plaintiffs, <br> v. <br><br> RICK PERRY, in his official capacity as Governor of the State of Texas, GREG ABBOTT, in his official capacity as Texas Attorney General, GERARD RICKHOFF, in his official capacity as Bexar County Clerk, and DAVID LAKEY, in his official capacity as Commissioner of the Texas Department of State Health Services, <br>     Defendants. | § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 5:13-CV-982-OLG |

## **STATE DEFENDANTS' AMENDED NOTICE OF APPEAL**

Notice is hereby given that Defendants Greg Abbott[1], in his official capacity as Governor of the State of Texas, Ken Paxton[2], in his official capacity as Texas Attorney General, and Kirk Cole[3], in his official capacity as Interim Commissioner of the Texas Department of State Health Services (collectively, "State Defendants"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order of November 30, 2015 [ECF No. 135] granting in part Plaintiffs' Motion for Attorneys' Fees and Costs.

Dated: December 29, 2015

---

[1] Greg Abbott replaced Rick Perry as Governor of Texas in January 2015.
[2] Ken Paxton replaced Greg Abbott as Texas Attorney General in January 2015.
[3] Kirk Cole continues to serve as the Interim Commissioner until January 1, 2016, when John Hellerstedt, M.D. becomes Commissioner of the Texas Department of State Health Services.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA COLMENERO
Division Chief - General Litigation

*/s/ Summer R. Lee*
SUMMER R. LEE
Texas Bar No. 24046283
WILLIAM T. DEANE
Texas Bar No. 05692500
MARC RIETVELT
Texas Bar No. 24043892
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4031
(512) 320-0667 FAX
summer.lee@texasattorneygeneral.gov
bill.deane@texasattorneygeneral.gov
marc.rietvelt@texasattorneygeneral.gov

***ATTORNEYS FOR STATE DEFENDANTS***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered by CM/ECF on December 29, 2015, to counsel for Plaintiffs and Defendant Rickhoff.

                                                /s/   *Summer R. Lee*
                                                SUMMER R. LEE
                                                Assistant Attorney General