IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS, <br>     Plaintiffs, <br> v. <br> <br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, KEN PAXTON, in his official capacity as Texas Attorney General, GERARD RICKHOFF, in his official capacity as Bexar County Clerk, and KIRK COLE, in his official capacity as Commissioner of the Texas Department of State Health Services, <br>     Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:13-CV-982-OLG |

## STATE DEFENDANTS' ADVISORY TO THE COURT

Defendants Greg Abbott[1], in his official capacity as Governor of the State of Texas, Ken Paxton[2], in his official capacity as Texas Attorney General, and John Hellerstedt, M.D., in his official capacity as Commissioner of the Texas Department of State Health Services (collectively, "State Defendants") file this Advisory to the Court relating to the order of the transcript pursuant to Federal Rules of Appellate Procedure 10(b)(1)(B). State Defendants will not be ordering a transcript in this matter as no hearings were held. A copy of the transcript order form noting this will be forwarded to the court reporter and filed with the Fifth Circuit.

Dated:  January 5, 2016

---

[1] Greg Abbott replaced Rick Perry as Governor of Texas in January 2015.
[2] Ken Paxton replaced Greg Abbott as Texas Attorney General in January 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA COLMENERO
Division Chief - General Litigation

/s/ Summer R. Lee
SUMMER R. LEE
Texas Bar No. 24046283
WILLIAM T. DEANE
Texas Bar No. 05692500
MARC RIETVELT
Texas Bar No. 24043892
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4031
(512) 320-0667 FAX
summer.lee@texasattorneygeneral.gov
bill.deane@texasattorneygeneral.gov
marc.rietvelt@texasattorneygeneral.gov

***ATTORNEYS FOR STATE DEFENDANTS***

## **CERTIFICATE OF SERVICE**

I certify that on January 5th, 2016, I served counsel for Plaintiffs and Defendant Rickhoff a copy of the foregoing document via the Court's ECF system.

                                             */s/ Summer R. Lee*
                                             Summer R. Lee