IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 31 2017
CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| CLEOPATRA DE LEON, NICOLE DIMETMAN, VICTOR HOLMES, and MARK PHARISS<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, KEN PAXTON, in his official capacity as Texas Attorney General, GERARD RICKHOFF, in his official capacity as Bexar County Clerk, and KIRK COLE, in his official capacity as interim Commissioner of the Texas Department of State Health Services<br><br>Defendants. | CIVIL ACTION NO. 5:13-cv-982-OLG |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

The Court, having considered Plaintiffs' Unopposed Motion for Attorneys' Fees, is of the opinion that the Motion should be GRANTED.

Upon consideration of Plaintiffs' Unopposed Motion for Entry of Order on Attorney's Fees, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Ken Paxton, in his official capacity as Texas Attorney General, and John Hellerstedt, M.D., in his official capacity as Commissioner of the Texas Department of

1

State Health Services, must remit $630,673.20 in attorney's fees and costs to Plaintiffs' counsel Akin Gump Strauss Hauer & Feld LLP.

SIGNED this 21' day of May, 2017

_____
THE HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE